**Order entered April 2, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00458-CR

**LONZELL HUNTER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1676537-P**

## ORDER

Pending is the State's second motion for an extension of time to file its brief. The motion is GRANTED and the Clerk of the Court is hereby ordered to file the State's brief tendered to the Court.

/s/    LANA MYERS
        JUSTICE